**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER L. CHABRIER,<br><br>                              Plaintiff,<br><br>-against-<br><br>CORRECTIONAL OFFICER MARTINEZ;<br>CORRECTIONAL OFFICER DENNIS;<br>CORRECTIONAL OFFICER JOHN DOE,<br><br>                              Defendants. | 22-cv-6239 (GHW) (JW)<br><br>**ORDER** |

**JENNIFER WILLIS, United States Magistrate Judge:**

On November 9, 2022, Defendants filed a letter seeking a sixty-day extension of their deadline to respond to the Complaint as well as their deadline to respond to Local Civil Rule 33.2 discovery requests. The request is GRANTED. Defendants have until January 13, 2023 to respond to the Complaint. Defendants have until February 10, 2023 to comply with the Local Civil Rule 33.2 discovery requests.

SO ORDERED.

Dated:   November 10, 2022
        New York, New York

_____
JENNIFER WILLIS
United States Magistrate Judge