UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER L. CHABRIER,<br><br>        Plaintiff,<br><br>  -against-<br><br>CORRECTIONAL OFFICER MARTINEZ;<br>CORRECTIONAL OFFICER DENNIS;<br>CORRECTIONAL OFFICER JOHN DOE,<br><br>        Defendants. | 22-cv-6239 (GHW) (JW)<br><br>**ORDER** |

**JENNIFER WILLIS, United States Magistrate Judge:**

On December 12, 2022, the New York City Law Department filed a letter in further update of their work to comply with this Court's <u>Valentin</u> Order in this matter. Dkt. No. 18. The request for leave to serve Plaintiff with identification interrogatories is GRANTED.

Plaintiff's responses to the identification interrogatories will be due by **February 14, 2023**.

An extension of time to comply with the Valentin Order is GRANTED. The deadline is now 30 days after Plaintiff's responses are received, with the outer limit being **March 16, 2023**.

SO ORDERED.

Dated: December 13, 2022
    New York, New York

                      *Jennifer E. Willis*
                       JENNIFER WILLIS
                      United States Magistrate Judge