UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTOPHER L. CHABRIER,

                Plaintiff,                          **ORDER**

      -against-                              **22-cv-6239 (GHW) (JW)**

MARTINEZ, *et al.*,

                Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties were heard in an Initial Case Management Conference on September 14, 2023. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by **September 29, 2023** at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in October, November, or December. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's [Standing Order for All Cases Referred for Settlement].

      SO ORDERED.

DATED:    New York, New York
               September 14, 2023

*[signature: Jennifer E. Willis]*
JENNIFER E. WILLIS
United States Magistrate Judge