UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

CHRISTOPHER CHABRIER,                          **ORDER AND WRIT OF HABEAS**
                                                **CORPUS AD TESTIFICANDUM**

Plaintiff.

                                                22-cv-06239-GHW-JW

- against -

CORRECTION OFFICER CRISTY MARTINEZ
SHIELD 2658, CORRECTION OFFICER
DENNIS CHEN SHIELD 19913, CORRECTION
CAPTAIN DELILAH HOPE SHIELD 1822,
CORRECTION CAPTAIN CHARISMA YOUNG,
CORRECTION OFFICER CARLTON BROWN
SHIELD 7284, CORRECTION OFFICER
MICHAEL BUSHROD SHIELD 6356,
CORRECTION OFFICER ERIC COHN SHIELD
3701, CHRISTOPHER TATEM, PA, CITY OF
NEW YORK, CORRECTION OFFICERS
JOHN/JANE DOE 1-10, AND CORRECTIONAL
HEALTH STAFF JOHN/JANE DOE 1-10,

Defendants.
-----------------------------------------------------------------------X


TO:   LOUIS A. MOLINA, Commissioner of the New York City Department of Correction; or

      Deputy Commissioner of Legal Matters/General Counsel, 75-20 Astoria Blvd., East

      Elmhurst, New York 11370


      RALPH SOZIO, United States Marshal for the Southern District of New York, 500 Pearl

      Street, Suite 400, New York, New York 10007-1316, or his Assistant


      Christopher L. Chabrier, booking and case number 1412002446, a necessary and material

witness in settlement proceedings in this case on **Tuesday, December 19, 2023 at 11:15 a.m.,** is

confined at Otis Bantum Correctional Center, Rikers Island, 16-00 Hazen Street, East Elmhurst,

New York 11370 in the custody of the Warden and Commissioner. In order to secure Christopher

L. Chabrier's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad

Testificandum issue, commanding the custodian to produce the inmate temporarily to the United

States Marshal for the Southern District of New York so he can attend the proceeding before

**Honorable Jennifer Willis, United States District Court, Southern District of New York, 40**

**Foley Square, Courtroom 228, New York, New York 10007 on Tuesday December 19, 2023**

**at 11:15 a.m.**


**ACCORDINGLY**


**The Court COMMANDS and ORDERS that**: LOUIS A. MOLINA, have the body of

CHRISTOPHER L. CHABRIER (B&C 1412002446), presently detained at OBCC on Rikers

Island in the custody of the NYCDOC, delivered under safe and secure conduct and transported to

Courtroom 228 of the United States Courthouse, 40 Foley Square, New York, New York 10007

on DECEMBER 19, 2023 by 10:30 a.m., and each succeeding day to attend the settlement

conference and shall return CHRISTOPHER L. CHABRIER to the suitable facility at the

conclusion of the proceeding each day;

It is further Ordered that the Commissioner shall supply CHRISTOPHER L. CHABRIER

with suitable clothing for attendance at the settlement conference;

Thereafter, upon satisfaction of the **Writ** by the Court, that the Commissioner shall return

CHRISTOPHER L. CHABRIER under safe and secure custody to OBCC on Rikers Island; and

that the United States Marshal and the United States Bureau of Prisons shall each bear their

respective costs of the implementation of the terms of this Writ; and it is further;

**ORDERED**, that the United States Marshal shall provide all necessary security and provide for the care and subsistence/sustenance for the custody of CHRISTOPHER L. CHABRIER for as long as CHRISTOPHER L. CHABRIER is in the temporary custody of the Court;

**FURTHER**, you are hereby ordered to notify the Court of any change in custody of CHRISTOPHER L. CHABRIER and to provide the new custodian with a copy of this **Writ**.

SO ORDERED:

Dated: October 18, 2023
New York, New York

Hon. Jennifer Willis
United States Magistrate Judge