**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2023

October 20, 2023

Hon. Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

**Re:**   File: 00397-Chabrier
Christopher Chabrier v Correctional Officer Martinez, et al
Case Number: 22-cv-06239-GHW-JW

Dear Judge Woods:

I represent plaintiff Christopher Chabrier. I write to you seeking to have the Amended Complaint at Docket Entry 50 sealed, upon request by the defendants. A request for emergency sealing was sent to the clerk's office. That seal will expire within 48 hours of entry. As such, this letter motion seeks an order sealing Docket Entry 50 from public view. This motion also seeks the filing of the proposed redacted Amended Complaint which seals the screenshots of the video surveillance defendants take issue with.

Thank you for your time and attention to this matter.

Very truly yours,

Caner Demirayak, Esq.

Encl.

CC:   Defense counsel via ECF

Application denied without prejudice.  Pursuant to Rule 4(A)(ii) of the Court's Individual Rules of Practice in Civil Cases, a party seeking approval to file a document under seal must explain the particular reasons for seeking to file that information under seal.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 65.

SO ORDERED.

Dated: October 22, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

300 Cadman Plaza West, One Pierrepont Plaza 12th Floor, Brooklyn, New York 11201
Tel: 718-344-6048 | Fax: 646-679-2527 | caner@canerlawoffice.com