UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER L. CHABRIER,<br><br>        Plaintiff,<br><br>-against-<br><br>MARTINEZ, *et al.*,<br><br>        Defendants. | **ORDER**<br><br>**22-cv-6239 (GHW) (JW)** |

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE.**

The Court is in receipt of Defendants' letter motion at Dkt. No. 80 requesting (i) to adjourn the Settlement Conference previously scheduled for December 19, 2023 and (ii) an extension to answer the Amended Complaint on behalf of Defendants who are not yet represented by Defendants' counsel. Dkt. No. 80. Plaintiff opposes adjourning the Settlement Conference, but consents to the extension to answer. Id. The requested extension to answer is GRANTED.

Regarding the Settlement Conference, in this Court's view, if the Defendants are not yet ready to proceed with settlement, the conference will not be productive. Therefore, the request to adjourn the conference is GRANTED.

The order and writ of habeas corpus ad testificandum previously issued by this Court at Dkt. No. 64 is hereby CANCELED and NULLIFIED. The Parties are directed to contact the NYCDOC to notify them that the prior writ has been rescinded and Plaintiff need not be produced.

The Parties should follow the procedures set forth in this Court's prior order at Dkt. No. 48 to schedule another settlement conference when both parties are ready.

SO ORDERED.

Dated: December 13, 2023
      New York, New York

 

_____
JENNIFER E. WILLIS
United States Magistrate Judge