

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

OMAR J. SIDDIQI

> The request is GRANTED.  However, given the multiple extensions of time in this action, the Court expects the revised discovery plan to contain tight dates that will keep discovery moving.  SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> May 16, 2024.

**BY ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Christopher Chabrier v. Martinez, et al.*, 22 Civ. 6239 (GHW) (JW)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department. I have been newly assigned to the above-referenced matter as of today. The previous attorney on this matter has taken emergency leave from this Office. Based on a review of the docket sheet, defendants were to propose a revised discovery plan by today. Defendants respectfully request that the time to propose a revised discovery plan be extended by fourteen (14) days, and also, that the parties submit proposed dates for a settlement conference in fourteen (14) days. I have conferred with plaintiff's counsel who consents to the instant application.

As stated above, I am newly and unexpectedly assigned to the instant matter. I respectfully seek time from the Court to familiarize myself with this matter prior to filing any revised discovery plan. Furthermore, I would like the opportunity to review defendants' settlement position on this matter and attempt to engage in a conversation with plaintiff's counsel about resolving the case. To that end, I now respectfully request the extension outlined above. I thank the Court for its patience.

Respectfully submitted,

_____/s_____

Omar J. Siddiqi
Senior Counsel
Special Federal Litigation Division

cc:   Caner Demirayak, *Attorney for Plaintiff* (By ECF)